## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Laurie Armetta v. Bayer Corporation, et al.* | No. 10-cv-13502-DRH |
| *Michele Boudreau v. Bayer Corporation, et al.* | No. 10-cv-11260-DRH |
| *Amy Bowman v. Bayer Corporation, et al.* | No. 10-cv-10472-DRH |
| *Chicara J. Brassell, et al. v. Bayer Corporation, et al.* | No. 11-cv-12936-DRH |
| *Anna Butler v. Bayer Corporation, et al.* | No. 09-cv-20063-DRH |
| *Betsy Butler v. Bayer Corporation, et al.* | No. 11-cv-12655-DRH |
| *Tonya Collins v. Bayer Corporation, et al.* | No. 10-cv-11262-DRH |
| *Victoria Marie Constant v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-11891-DRH |
| *Cristina DeFalco v. Bayer Corporation, et al.* | No. 10-cv-12414-DRH |
| *Margarita Flores, et al. v. Bayer Corporation, et al.* | No. 10-cv-10745-DRH |
| *Rebekah Gruss v. Bayer Corporation, et al.* | No. 10-cv-13499-DRH |
| *Brook Renee Hill, et al. v. Bayer Corporation, et al* | No. 11-cv-12422-DRH |
| *Shannon Marie Horstmann v. Bayer Corporation, et al.* | No. 11-cv-10953-DRH |
| *Crystal Elsie Johnston v. Bayer Corporation, et al.* | No. 09-cv-20035-DRH |
| *Jennifer Kelley v. Bayer Corporation, et al.* | No. 10-cv-12392-DRH |

| | |
|---|---|
| *Lindsey Anne Marie King v. Bayer Corporation, et al.* | No. 11-cv-12653-DRH |
| *Bonnie Lynn Krysinski, et al. v. Bayer Corporation, et al.* | No. 11-cv-12514-DRH |
| *Ginger K. Lewis v. Bayer Corporation, et al.* | No. 11-cv-12515-DRH |
| *Deborah Kay Logsdon v. Bayer Corporation, et al.* | No. 10-cv-13153-DRH |
| *Frances Walker Long, et al. v. Bayer Corporation, et al.* | No. 11-cv-12420-DRH |
| *Rebecca Lynn Malerich v. Bayer Corporation, et al.* | No. 10-cv-13368-DRH |
| *Theresa Eades Morgan v. Bayer Corporation, et al.* | No. 11-cv-12935-DRH |
| *Laralee Norris v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-10509-DRH |
| *Carol O'Brien v. Bayer Corporation, et al.* | No. 10-cv-13410-DRH |
| *April Elaine Tidwell, et al. v. Bayer Corporation, et al.* | No. 10-cv-12507-DRH |
| *Sondra D. Vyner, et al. v. Bayer Corporation, et al.* | No. 11-cv-11495-DRH |
| *Lisa G. Winger v. Bayer Corporation, et al.* | No. 11-cv-12119-DRH |
| *Judith M. Woodall v. Bayer Corporation, et al.* | No. 09-cv-20126-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:  /s/*Caitlin Fischer***
**Deputy Clerk**

**Dated:**  July 31, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.31
09:16:02 -05'00'

**APPROVED:**

      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**